Date: 5/17/2023

To: Chief Judge Ann Conway
United States District Court
Middle District Of Florida
201 South Orange Avenue
Orlando, Florida. 32801

From: Richard P. Cote (Jail #23005232)
USMS# 72555-018
Orange County Jail
PO Box 4970
Orlando Forida 3280[...]

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL
2023 MAY 23 PM 4:14
FILED

Your Honor,

 I'm sure you are a very seriously buisy person, and I'm writing you with a lack of any other option, as I have been unable to get the information I need of who is in charge of me here, and where I could contact them with the serious problems I'm having with being housed here by the US Marshall Service, despite numerous requests both written and verbal to staff, only to be treated with indifference, and hostility, if even a response.

 Since being brought here by the US Marshall Service on Feb. 27, 2023, after finishing all sentences, and litigation with the state, suposedly just in transit to a Federal prison to serve my Federal Sentence, I have been here now 3 months, and despite requests, and attempts to see mental health to get atleast my basic medications to treat my PTSD, Depression, which I've been taking since the mid 2000, even throughout my numerous places of incarceration since 2019 in both Federal and State custody, I still have never heard from anyone, nor gotten a response.

 There is no seperation of Federal, or State prisoners

(1)

either sentenced, and unsentenced prisoners. Every other Federal holding facility I have been in Federal Inmates were Housed seperate from state inmates. I have spent the last 2 years litigating with the state to get back into Federal costedy, and now after prevailing I'm not only being still housed with state prisoners, but a jail full of state prisoners who are gang affiliated, and am at risk of getting in an altercation with one at anytime that may result in me again stuck in state costedy, plus kept unmedicated for mental health issues I struggle with.

  Because of a mini stroke I had just before being incarcerated in 2019, I have been a bottom bunk bottom tier inmate everywhere I've been housed since 2019. I have been put in hand cuffs twice and threatened with the box (segregation) twice now when I refused, and told this isn't any of those prisons or jails and they don't negotiate, I was only allowed to remain a bottom tier bottom bunk when I chose to go to segregation then, for which I will mail you a two year pass I got from CFRC, in December with this letter.

  I have put in requests for grievances, for which you have to say in the request what you are grieving, and if it's anything other than the kitchen about your diet Tray, as I get a cardiac diet, I get denied, or no response, and told I'm not special because I'm a Federal Inmate, and there is no one here incharge of Federal Inmates for me to grieve to.

  My experience has been that the jails that house federal prisoners have to meet certain standards, and this place has to fall far short of them. There is no

redress available for any grievances. There is no consistancy, everyday, and every shift is run different according to what the officer working wants the rules to be. Thier practice is to arbitrarily punish a whole unit by locking it down, turning off the T.V. ect. if one person commits an infraction, as it requires the least amount of work by them, but creates a hostile environment within the unit, as we can't, and aren't here to police eachother, and creates hard feeling by the guys being sanctioned for nothing, toward the guy who did.

    I never imagined I would be here this long your honor, just in transit to serve my sentence, and I'm losing hope it's going to be anytime soon. If there is an environment, that is more consistant, stable, and I won't have to stress about getting caught back in state custody, until I'm transported to prison, could you please have me transported there, or forward this letter to whoever is responsible for me, and may be able to help.

    Thank you for your time, and any help you can give me with this situation.

                                    Sincerely,

                                    Richard Cote