UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD P. COTE,**

          **Plaintiff,**

**v.**                                                                                  **Case No.  6:23-cv-742-CEM-RMN**

**ORANGE COUNTY JAIL,**

          **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff Richard P. Cote's Letter (Doc. 1). It is unclear what relief Plaintiff is seeking or the statutory basis for his action.

If Plaintiff is seeking to pursue a civil rights action, he has failed to file a complaint in accordance with Federal Rules of Civil Procedure 8 and 10. Additionally, Plaintiff has not submitted a motion for leave to proceed *in forma pauperis*. Therefore, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint if that is his intent and to either pay the filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to close the case.

3. The Clerk shall send Plaintiff a civil rights complaint form and an affidavit of indigency form. If Plaintiff chooses to pursue a civil rights or other action, he may complete and submit the relevant forms. Plaintiff, however, should not place the instant case number on the forms as this case will be closed. The Clerk will assign a separate case number in the event Plaintiff elects to pursue an action.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party